

United States District Court
Eastern District of California

| Prashant Tyagi | |
|---|---|

Plaintiff(s)

Case Number: 2:26-cv-00045-DJC-JDP

V.

| U.S. Bank National Association, et al. | |
|---|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Arneda Perkins hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Trans Union LLC

On _____ 10/07/2024 _____ (date), I was admitted to practice and presently in good standing in the _____ State Bar of Texas _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____ 03/12/2026 _____　　Signature of Applicant: /s/ Arneda Perkins _____

**Pro Hac Vice Attorney**

Applicant's Name: Arneda Perkins

Law Firm Name: Quilling, Selander, Lownds, Winslett & Moser P.C.

Address: 5801 Tennyson Parkway

Suite 440

City: Plano    State: TX    Zip: 75024

Phone Number w/Area Code: (214) 560-5440

City and State of Residence: Frisco, TX

Primary E-mail Address: arneda.perkins@qslwm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Donald E. Bradley

Law Firm Name: Musick, Peeler & Garrett LLP

Address: 650 Town Center Drive

Suite 1200

City: Costa Mesa    State: CA    Zip: 92626

Phone Number w/Area Code: (714) 668-2400    Bar # 145037

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  March 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE