Prashant Tyagi
13640 Wildwood Heights Drive
Penn Valley, California
(650)289-8116
tyagi.law@pm.me
Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Prashant Tyagi,<br><br>        Plaintiff,<br><br>            vs.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., and<br><br>TRANS UNION LLC,<br><br>        Defendants. | CASE NO. 2:26-cv-0045-DJC-JDP<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>**JOINT STIPULATION TO CONTINUE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT DEADLINES** |

**TO THE HONORABLE COURT:**

Plaintiff Prashant Tyagi ("Plaintiff") and Defendants U.S. Bank National Association, Experian Information Solutions, Inc., and Trans Union LLC (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel and Plaintiff in propria persona, hereby stipulate and agree as follows:

**WHEREAS**, this action was removed to this Court on January 7, 2026 (Dkt. 1);

**WHEREAS**, there are currently three fully briefed motions set for a consolidated hearing before Magistrate Judge Jeremy D. Peterson on March 19, 2026, at 10:00 a.m., specifically:

1.  Defendant Trans Union LLC's Motion to Dismiss, joined by Experian Information Solutions, Inc. (Dkt. 4);

2.  Defendant U.S. Bank National Association's Motion to Strike, joined by Trans Union LLC and Experian Information Solutions, Inc. (Dkt. 11, 16, 19); and

3.  Defendant U.S. Bank National Association's Motion to Compel Arbitration (Dkt. 12).

**WHEREAS**, the pending motions raise threshold jurisdictional and pleading issues, including whether the claims against U.S. Bank must be compelled to arbitration and determining the operative pleading, the resolution of which will significantly impact the scope, necessity, and timing of federal discovery;

**WHEREAS**, the Parties agree that judicial economy and the resources of the Parties are best served by continuing the deadline to hold the Federal Rule of Civil Procedure 26(f) conference and the deadline to file the Joint Status Report until after the Court has issued its ruling(s) on the aforementioned motions;

**WHEREAS**, this is the first request to modify these specific scheduling deadlines, and it is made in good faith and not for the purpose of undue delay;

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT DEADLINES | CASE NO. 2:26-cv-00045-DJC-JDP

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to the approval of the Court, that:

1. The deadline for the Parties to conduct their Rule 26(f) conference is continued and shall be held within fourteen (14) days following the Court's issuance of an order (or orders) resolving the motions set for hearing on March 19, 2026.

2. The deadline for the Parties to file their Joint Status Report and Rule 26(f) Discovery Plan is continued and shall be filed within fourteen (14) days after the Parties hold their rescheduled Rule 26(f) conference.

**IT IS SO STIPULATED.**

////
////
////
////
////
////
////
////
////
////
////
////
////
////

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT DEADLINES | CASE NO. 2:26-cv-00045-DJC-JDP

Dated: March 12, 2026

By: */s/ Prashant Tyagi*
    Prashant Tyagi
    *In Propria Persona*


**FAEGRE DRINKER BIDDLE**
**& REATH LLP**


By: */s/ Joie Hand*
    Joie C. Hand
    *Attorneys for Defendant U.S. Bank  National*
    *Association*


**TROUTMAN PEPPER LOCKE LLP**


By: */s/Heather C. Smith*
    Heather C. Smith
    *Attorneys for Defendant Experian Information*
    *Solutions, Inc.*


**QUILLING SELANDER LOWNDS**
**WINSLETT MOSER**


By: */s/ Arneda K. Perkins*
    Arneda Perkins
    *Attorneys for Defendant Trans Union LLC*

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT DEADLINES | CASE NO. 2:26-cv-00045-DJC-JDP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Prashant Tyagi,<br><br>     Plaintiff,<br><br>       vs.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and<br><br>TRANS UNION LLC,<br><br>     Defendants. | CASE NO. 2:26-cv-00045-DJC-JDP<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>**[PROPOSED] ORDER TO CONTINUE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT DEADLINES** |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT DEADLINES | CASE NO. 2:26-cv-00045-DJC-JDP

Based upon the stipulation of the Parties, and good cause appearing, **IT IS HEREBY ORDERED** that:

The deadline for the Parties to conduct their Federal Rule of Civil Procedure 26(f) conference is continued until fourteen (14) days after the Court issues its ruling(s) on the motions currently set for hearing on March 19, 2026.

The deadline to file the Joint Status Report and Discovery Plan is continued until fourteen (14) days after the Rule 26(f) conference is held.

IT IS SO ORDERED.

Dated:    March 26, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT DEADLINES | CASE NO. 2:26-cv-00045-DJC-JDP