UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRASHANT TYAGI,<br>Plaintiff,<br>v.<br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br>Defendants. | Case No. 2:26-cv-0045-DJC-JDP<br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 4, 2026, the Magistrate Jfiled findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on August 21, 2026, and they were considered by the undersigned.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Plaintiff has also filed a Motion for Reconsideration (ECF No. 43) of the portions of the Magistrate Judge's Order (ECF. 43) granting U.S. Bank's Motion to Strike the Amended Complaint, the denial of any leave to amend pending the recommended stay, and denial of Plaintiff's Motion for electronic-filing access. Under Federal Rule of Civil Procedure 72(a), a party may object to a non-dispositive order issued by a Magistrate Judge within fourteen days of the order being served. Non-dispositive orders of a Magistrate Judge are subject to the "clearly erroneous or contrary to law" standard of review. See 28 U.S.C. § 636(b)(1)(A); see also L.R. 303(f). "A magistrate judge's decision is contrary to law if it applies an incorrect legal standard, fails to consider an element of an applicable standard, or fails to apply or misapplies relevant statutes, case law, or rules of procedure." *Aerojet Rocketdyne, Inc. v. Global Aerospace, Inc.*, No. 17-cv-01515-KJM-AC, 2022 WL 4664179, at *2 … (cleaned up). The Cour has reviewed the challenged portion of the Magistrate Judge's Order and finds no basis that warrants reconsideration under this standard.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed August 4, 2026, ECF No. 43, are ADOPTED;
2. U.S. Bank's motion to compel arbitration, ECF No. 12, is GRANTED, and plaintiff is compelled to arbitrate his claims against U.S. Bank;
3. Trans Union and Experian's motion to stay, ECF No. 29, is GRANTED;
4. This case is STAYED pending arbitration of plaintiff's claims against U.S. Bank; and
5. The Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

Dated: **August 27, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE